UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Scott Kelly Hansen,                                   Civil No. 11-378 (RHK/FLN)

       Plaintiff,                                          **ORDER**

v.

Jessica Symmes, Warden,

       Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 2, 2011, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

    1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

    2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b);

    3. For purposes of 28 U.S.C. § 1915(g), this action is dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted;

    4. Plaintiff's "Exparta Motion To Seek Order Of This Court To Get A Copy Of Genetec Camera System Footage Of Incidents Claimed In This Civil Action For In Camera Review By This Court," (Docket No. 2), is **DENIED**; and

    5. Plaintiff Hansen, in the attached letter, has requested the return of his filing fee. Having reviewed Plaintiff's letter request (attached), the Court finds good cause for

granting the request; the Clerk of Court is directed to return to Mr. Hansen, in an expeditious manner, the $350.00 filing fee.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 28, 2011

s/Richard H. Kyle  
RICHARD H. KYLE  
United States District Judge